**Willis Andrea JONES, Plaintiff–
Appellant,**

v.

**G.J. HAYNES; Mrs. St. Louis;
Mrs. Dufault; Mr. Zook,
Defendants–Appellees.**

**No. 03–6228.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 22, 2003.

Willis Andrea Jones, Appellant Pro Se. James Philip Allen, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Willis Andrea Jones appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Jones' motion for appointment of counsel, and we affirm on the reasoning of the district court. *See Jones v. Haynes*, No. CA–01–393–BO (E.D.N.C. filed Jan. 8, 2003; entered Jan. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*